## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE LEVITT | : CIVIL ACTION |
| Plaintiff | : |
| vs. | : |
| | : NO. 10-CV-6823 |
| TECHNICAL EDUCATION SERVICES, INC. | : |
| Defendant | : |

**ORDER**

AND NOW, this 7th day of August, 2012, upon consideration of Plaintiff's Motion for Partial Summary Judgment (Doc. No. 21) and Defendant's cross-Motion for Partial Summary Judgment (Doc. No. 22), it is hereby ORDERED that, for the reasons set forth in the preceding Memorandum Opinion, Defendant's Motion is GRANTED, Plaintiff's Motion is DENIED and Judgment is entered in favor of Defendant and against Plaintiff on the First and Second Causes of Action (*i.e.* Counts I and II) of Plaintiff's Amended Complaint.

BY THE COURT:

/s/ J. Curtis Joyner
_____
J. CURTIS JOYNER,        C.J.